

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rolando Gutierrez | Civil Action No. 17cv438-MMA(MDD) |
| Petitioner, | |
| V. | |
| Scott Kernan, Secretary | **JUDGMENT IN A CIVIL CASE** |
| Respondent. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's objections are overruled, the Report and Recommendation is adopted in its entirety, the Petition for Writ of Habeas Corpus and request for evidentiary hearing are denied, and the Court declines to issue a certificate of appealability.

The Clerk of Court is instructed to terminate this case and enter judgment in favor of Respondent.

Date: 3/8/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
R. Chapman, Deputy